IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Vincent Jerode Beaton, #196947 ) | C/A No. 4:09-3230-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| Bob Olson a/k/a Olsen, Food Service; Mr. ) | |
| McCall, Warden; Steven J. Reck, Food ) | |
| Service Branch Chief; Mr. Kirsch, Food ) | |
| Service Branch; Mr. Claytor, Ass. Warden; ) | |
| Ms. Cocciolone, IGC; Ofc. Sewell; Ofc. ) | |
| D. Lindsey; Mr. Najjor, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff is a prisoner at Perry Correctional Institution, within the South Carolina Department of Corrections. Proceeding *pro se,* Plaintiff filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated January 6, 2010, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

| | |
|---|---|
| April 12, 2010 | Joseph F. Anderson, Jr. |
| Columbia, South Carolina | United States District Judge |